**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

Civil Action No.  09-cv-00270-CMA-CBS

STATE FARM FIRE AND CASUALTY COMPANY,

      Plaintiff,

v.

GATEWAY, INC.,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

**ORDERED:**    Defendant Gateway, Inc.'s Unopposed Motion for Leave to Designate Nonparties at Fault (doc #9, filed 4/27/2009) is **GRANTED.**

**DATED:**    April 29, 2009