IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-00270-CMA-CBS

STATE FARM FIRE AND CASUALTY COMPANY,
an Illinois corporation,

      Plaintiff,

v.

GATEWAY, INC.,
a Delaware corporation,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Amend Complaint *(doc. # 16)* is GRANTED.  Plaintiff's Amended Complaint *(doc no. 16-2)*, tendered to the court on June 25, 2009, is accepted for filing as of the date of this order.

      Counsel is reminded that pursuant to D.C.COLOL.CIVR. 10.1E all papers filed with this court shall be double spaced.

**DATED:**    June 26, 2009