IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-00270-CMA-CBS

STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation,

    Plaintiff,

v.

GATEWAY, INC., a Delaware corporation,

    Defendant.
_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**
_____

    This matter is before the Court on the Stipulated Motion to Dismiss (Doc. # 26), filed October 21, 2009.  It is

    ORDERED that the Stipulated Motion to Dismiss with Prejudice (Doc. # 26) is GRANTED.  The Complaint and civil action is dismissed with prejudice, each party to pay its own costs and attorneys' fees.

    DATED:  October 22, 2009.

                                                   BY THE COURT:

                                                  _____
                                                  CHRISTINE M. ARGUELLO
                                                  United States District Judge